FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court<br>Western District of New York | PROOF OF CLAIM | |
|---|---|---|
| In Re: **James N. Dunn**<br>**Kelli L. Dunn fka Kelli L. Puusepp** | Case Number:<br>**01-13090-MJK** | Foreclosure |

| Name of Creditor<br>Fleet Mastercard c/o Credit Card Service<br>POB 15368<br>Wilmington, DE 19886 | |
|---|---|
| Address Where NOTICES Should be Sent<br>**s.a.a**<br>Telephone No. | Address where PAYMENTS should be sent [if different] |
| [] Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach statement giving particulars.<br>[] Check box if you have never received any notices from the bankruptcy court in this case.<br>[] Check box if the address differs from the address on the envelope sent to you by the court. | |
| ACCOUNT NUMBER: 5420969004027667<br>CO-MAKER: | Check here if this claim [] replaces [] amends a previously filed claim, dated: |

| 1. BASIS FOR CLAIM<br>[] Goods sold<br>[] Money loaned<br>[] Other<br>[] Retiree benefits as defined in 11 U.S.C. §1114(a) | [] Services performed<br>[] Personal injury/wrongful death<br>[] Taxes<br>[] Retiree benefits as defined in 11 U.S.C. §1114(a) | [] Wages, salaries, and compensations (Fill out below)<br>Last four digits of SS#: _____<br>Unpaid compensations for services performed from<br>  to |
|---|---|---|
| 2. Date debt was incurred: | | 3. If court judgment, date obtained: |

| 4. Classification of Claim: Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed.<br>**Unsecured Non Priority Claim**<br><br>[x] Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.<br><br>**Secured Claim.**<br>[] Check this box if your claim is secured by collateral (including a right of setoff).<br>  Brief Description of Collateral<br><br>Value of Collateral: $?<br><br>Amount of arrearage and other charges at time case filed included in secured claim above, if any **$** | **Unsecured Priority Claim.**<br>[] Check this box if you have an unsecured priority claim<br>  Amount entitled to priority    $<br>    Specify the priority of the claim:<br><br>[] Domestic Support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B)<br>[] Wages, salaries or commissions (up to $10,000*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier- 11 U.S.C. §507(a)(4);<br>[] Contributions to an employee benefit plan- 11 U.S.C. §507(a)(5)<br>[] Up to $2,225* of deposits toward purchase, lease, or rental of property   of services for personal, family, or household use- 11 U.S.C. §507(a)(7)<br>[] Taxes or penalties of governmental units- 11 U.S.C. §507(a)(8)<br>[] Other-Specify applicable paragraph of 11 U.S.C. §§507(a)(  ).<br>*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
|---|---|

| **5. Total amount of Claim at Time Case Filed: $2600.00**<br><br>[] Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges-Interest-$; attorney fee-$; costs-$. | |
|---|---|
| Date<br>October 16, 2007 | Sign and print the name and title, if any of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br><br>/s/Morris Horwitz, As trustee in bankruptcy of James N. Dunn and Kelli L. Dunn |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571

Our file number-20020161 ©